UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-03694-DOC (AFM)                                    Date:  November 16, 2022

Title   Efrain DeSoto v. Ceasar Rodriguez et al

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On September 27, 2022, the Court dismissed plaintiff's Complaint With Leave to Amend ("ODLA") and advised plaintiff that if he desired to pursue the action he may file a First Amended Complaint remedying the pleading deficiencies discussed in the ODLA by October 27, 2022. (ECF No. 12.) Plaintiff was admonished that if he failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice on the grounds set forth in the ODLA and for failure to diligently prosecute. The docket shows that, as late as the current date, plaintiff has not filed a First Amended Complaint.

Accordingly, IT IS ORDERED that on or before December 7, 2022, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a First Amended Complaint on or before December 7, 2022 shall discharge this Order to Show Cause. Further, plaintiff is admonished that if he fails to timely file a First Amended Complaint remedying the pleading deficiencies or otherwise fails to timely respond to this Order to Show Cause, the Court will recommend that this action be dismissed without leave to amend and for failure to diligently prosecute.

|  | : |
|---|---|
| **Initials of Preparer** | ib |