**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN DeSOTO, | Case No. 2:22-cv-03694-DOC (AFM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CEASAR RODRIGUEZ, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without leave to amend and with prejudice for failure to diligently prosecute.

DATED: March 29, 2023

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE